UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTY MICHELL JACKSON,

       Plaintiff,                                  Case No. 1:16-CV-236

v.

                                              HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    December 1, 2016          /s/ Paul L. Maloney
                                                         PAUL L. MALONEY
                                                         UNITED STATES DISTRICT JUDGE